UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, | NO. CV 09-7627 PA (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 23, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE